IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

DANIEL F. CASH

      Plaintiff,

      v                                Civil Action No.: 2:20-cv-14305-KMM

WILLIAM D. SNYDER, Individually,
WILLIAM D. SNYDER, in his Official
Capacity as SHERIFF OF
MARTIN COUNTY, FLORIDA
MICHAEL FENTON, Individually,

      Defendants.

---

**MOTION TO WITHDRAW OF KIBBEY WAGNER, PLLC and JORDAN R. WAGNER**

      KIBBEY WAGNER, PLLC and JORDAN REID WAGNER, ESQ., pursuant to Local Rule 11.1(d)(3) file this Motion to Withdraw and request an order of this Court allowing to withdraw as counsel of record for Plaintiff, Daniel Cash, and would state as follows:

      1.      Counsel for Plaintiff in this instant matter have parted ways and attorney Richard D. Kibbey, Esq. is no longer a member of KIBBEY WAGNER, PLLC.

      2.      Attorney, JORDAN REID WAGNER, ESQ., and the firm of KIBBEY WAGNER PLLC, wish to withdraw as counsel of record for Plaintiff, who consents to this withdrawal (See exhibit "A" attached).

      3.      Richard D. Kibbey, Esq., who is admitted to this Court and is current co-counsel for Plaintiff, would continue representation of Plaintiff as requested by Plaintiff.

      4.      Representation would be transferred to Richard D. Kibbey, Esq. and The Law Offices of Richard D. Kibbey, P.A.

1

5.      As such, Richard D. Kibbey, Esq. of the Law Offices of Richard D. Kibbey, P.A., is expected to continue to represent Plaintiff in this action.

6.      This motion is not being filed to hinder or delay this matter or to prejudice any party.

7.      Plaintiff, Daniel Cash consents to this withdrawal and substitution and pursuant to Local Rule 11.1(d)(3) received notice from undersigned counsel.

8.      All further correspondence, pleadings, papers and documents will be served upon Richard D. Kibbey, Esq., as follows:

Richard D. Kibbey, Esq.
Law Offices of Richard D. Kibbey, P.A.
416 SW Camden Avenue
Stuart, FL 34994
Email designation: kibbeylegal@gmail.com.
Phone: (772) 215-2560

WHEREFORE, based on the foregoing, KIBBEY | WAGNER, PLLC and Jordan Reid Wagner, Esq., respectfully request this Court to enter an order allowing a withdrawal as counsel of record in this matter.

## <u>LOCAL RULE 7.1(a)(3) CERTIFICATION</u>

Pursuant to Local Rules 7.1(a)(3), the undersigned certifies that he has conferred with

counsel for Defendants, who does not oppose the relief sought in this Motion.

Respectfully submitted.

<u>/s/ Jordan R. Wagner</u>
JORDAN R. WAGNER, Esq.
Bar No: 14852
**KIBBEY | WAGNER, PLLC**
73 SW Flagler  Avenue
Stuart, FL 34994
jwagner@kibbeylaw.com
diana@kibbeylaw.com

## CERTIFICATE OF SERVICE

*WE HEREBY CERTIFY* that we have electronically filed a copy of the foregoing with the Clerk of Court through the CM/ECF filing system which will send a notice of electronic filing to: Gregory J. Jolly, Esq., Richard Guiffreda, Esq. PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A., 2455 E. Sunrise Blvd, Suite, 1216, Fort Lauderdale, FL 33304; greg@purdylaw.com, richard@purdylaw.com, jennifer@purdylaw.com, cecilia@purdylaw.com and Richard D. Kibbey, Esq., 416 SW Camden Avenue, Stuart, FL 34994; kibbeylegal@gmail.com on this 12th day of November 2020.

/s/ Jordan R. Wagner
JORDAN R. WAGNER, Esq.
Bar No: 14852
**KIBBEY | WAGNER, PLLC**
73 SW Flagler  Avenue
Stuart, FL 34994
jwagner@kibbeylaw.com
diana@kibbeylaw.com