IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

DANIEL F. CASH,

    Plaintiff,

v.                                          Case No.: 2:20-CV-14305-KMM

WILLIAM D. SNYDER, et al.,

    Defendants.

_____/

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTIONS TO AMEND PLEADINGS

COMES now the Plaintiff, DANIEL CASH, by and through his undersigned attorney and moves this Honorable Court to extend the deadline for which motions must be filed to amend pleadings to fourteen (14) days after this Court's ruling on the Defendants' Motion to Dismiss the Plaintiff's Amended Complaint.

As grounds in support of this motion, the Plaintiff would show:

1. On October 28, 2020 this Court entered its Scheduling Order which set forth that all motions to amend the pleadings must be filed by the later of forty-five (45) days after the date of this Order, or forty-five (45) days after the first responsive pleading by the last responding Defendant.

2. Presently pending before this Court is the Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

3. Depending on how this Court rules on this motion, there may be a need for the Plaintiff file a motion seeking leave to amend his pleadings to correct any deficiencies which may be noted in this Court's Order.

4. Plaintiff submits that by extending the deadline for filing motions to amend the pleadings in this case to a period of fourteen (14) days after this Court's ruling on the Defendants' Motion to Dismiss the Amended Complaint, sufficient time will exist for the preparation and filing of motions to amend the pleadings – if necessary.

5. Counsel for the Defendant, Greg Jolly, was contacted regarding this motion and he has no objection to it.

## MEMORANDUM OF LAW IN SUPPORT OF THE PLAINTIFF'S MOTION TO EXTEND DEADLINE

This Honorable Court has the discretion upon good cause shown, to extend the time periods and deadlines set forth in the Scheduling Order of this case. Fed.R.Civ.P. 6(b)(1)

Given that the parties are unsure of how, and when, this Court will rule on the pending Motion to Dismiss the Amended Complaint, there exists good cause to extend the deadline for filing motions to amend pleadings for a period of fourteen (14) days following the Court's order on the Motion to Dismiss.

**WHEREFORE**, the Plaintiff, DANIEL CASH, moves this Court to extend the deadline by which to file amended motions to the pleadings for a period of fourteen (14) days from the date of this Court's ruling on the Defendant's Motion to Dismiss the Amended Complaint.

**CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that I have electronically filed a copy of the foregoing with the Clerk of Court through the CM/ECF filing system which will send a notice of electronic filing to: Gregory J. Jolly, Esq., Richard Giuffreda, Esq. PURDY, JOLLY, GIUFFFREDA, BARRANCO & JISA, P.A., 2455 E. Sunrise Blvd., Suite 1216, Fort Lauderdale, FL. 33304; greg@purdylaw.com, richard@purdylaw.co, jennifer@purdylaw.com, cecilia@purdylaw.com on this 4th day of December 2020.

Respectfully Submitted,

/s/ Richard D. Kibbey
RICHARD D. KIBBEY, Esq.
Bar No.: 255149
**Law Office of Richard D. Kibbey, P.A.**
416 SW Camden Avenue
Stuart, FL 34994
Kibbeylegal@gmail.com